UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Kristin M. Harrold aka
Kristin Karski-Harrold fka
Kristin Marie Karski

Case No.
Chapter 13

Debtor.

## ORDER MODIFYING STAY

On September 1, 2017, the City of Milwaukee ("City") filed a Motion seeking relief from and a modification of the Automatic Stay (the "Motion") to permit the City to collect unpaid post-petition obligations for water, sewer, and municipal services for property owned and/or occupied by the debtor. The City gave due notice of the Motion, and no objections or requests for hearing were filed. The City has demonstrated that cause exists for granting relief from the stay.

**IT IS THEREFORE ORDERED:** the automatic stay is modified to permit the City to use the statutory provisions of Wis. Stat. § 66.0809(3) to add the post-petition obligations to the 2017 real estate tax bill for each property identified in the City's Motion.

**IT IS FURTHER ORDERED:** this order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001 (a)(3).

####